# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN DAVID PAMPLIN,
 Appellant,
vs.
THE STATE OF NEVADA,
 Respondent.

No. 76093

FILED

JUL 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
 DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from the "conviction in the above-mentioned case." Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on October 4, 2002. Appellant did not file the notice of appeal, however, until June 6, 2018, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). To the extent that appellant appeals from the motions to modify sentence and to vacate sentence, no decisions had been made on

18-25635

the motions when appellant filed his appeal. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____ Cherry , J.
Cherry

_____, J.
Parraguirre

_____ Stiglich , J.
Stiglich

cc: Hon. Elissa F. Cadish, District Judge
John David Pamplin
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

_____

[1]Given this order, we take no action on the request for judicial notice filed on June 27, 2018.